UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------

CASE NO. 21-20679

In re  Chapter 11

A&J PHARMACY, LLC,

        Debtor(s).

-------------------------------------------------------

## CERTIFICATE OF SERVICE

I, RAYMOND C. STILWELL, certify that I am, and at all times during the service herein, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on July 28, 2022, I served copies of the within Motion by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Advisory Trust Group, LLC as Liquidating
Trustee for RDC Liquidating Trust, LLC
aka Rochester Drug Cooperative, Inc./RDC
c/o Bruce W. Bieber, Esq.
Kurzman Eisenberg & Corbin & Lever, LLP
One North Broadway, 12th Fl.
White Plains, NY 10601

KeyBank National Association
c/o Rupp Baase Pfalzgraf, et al.
Attn: Miranda L. Sharlette, Esq.
400 Powers Building, 16 W. Main Street
Rochester, New York 14614

Bankers Healthcare
Attention: Christopher James Cali, Esq., Counsel
c/o CJC Law Office
201 Solar Street
Syracuse, NY 13204

Cardinal Health 110, LLC
dba Parmed Pharmaceuticals
Attn: Erin Gapinski, Senior Counsel
7000 Cardinal Place
Dublin, OH 43017

Case 2-21-20679-PRW, Doc 110-1, Filed 07/28/22, Entered 07/28/22 20:47:08, Description: Certificate of Service , Page 1 of 2

Bankers Leasing Company
Attention: Dave Selden, President
11017 Aurora Avenue
Urbandale, IA 50322

Fundation Group, Inc.
Attention: Sam Graziano, Chief Executive Officer
11501 Sunset Hills Road, Suite 100
Reston, VA 20190

First Corporate Solutions as Representative
Attention: Samuel Hon, President & CEO
914 S. Street
Sacramento, CA 95811

US Trustee's Office
100 State Street
Rochester, NY 14614

Michael Brummer, Chapter 11 Trustee
168 Farber Lane
Williamsville, NY 14221-5754

                                                 ____/s/ Raymond C. Stilwell_____
                                                 Raymond C. Stilwell

Case 2-21-20679-PRW, Doc 110-1, Filed 07/28/22, Entered 07/28/22 20:47:08, Description: Certificate of Service , Page 2 of 2